IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL ROWE,                                      1:09-cv-00838-SMS (HC)

        Petitioner,                              ORDER GRANTING MOTION
                                                  TO PROCEED IN FORMA PAUPERIS
    vs.
                                                  (DOCUMENT #2)
THE PEOPLE OF THE STATE OF
CALIFORNIA,

        Respondent.
_____/

       Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

28 U.S.C. § 2254.

       Petitioner has filed a motion to proceed in forma pauperis and a certified copy of petitioner's

prison trust account statement.   Examination of these documents reveals that petitioner is unable to

afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis is GRANTED.

See 28 U.S.C. § 1915.

IT IS SO ORDERED.

**Dated:    May 18, 2009**            _____
                                        **/s/ Sandra M. Snyder**
                                      UNITED STATES MAGISTRATE JUDGE